| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JUN - 5 2023<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rodney J. Kelly
P.O.Box 3116
9 Spindletop Lane,
Willingboro, NJ.,08046
Tel: 609-534-3874
Email: rodneykelly.kelly252@gmail.com
ProSe

In Re:

Rodney Jose` Kelly

Case No.: 23-14018-MBK

Chapter: 13

Adv. No.: _____

Hearing Date: 6-8 / 6-14-2023

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Rodney J. Kelly_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Debtor_____ in this case and am representing myself.

2. On __06-03-2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   A copy of Updated (Creditors List)(Matrix), Notice of Bankruptcy case filing docket #23-14018-MBK, Certificate of Counseling, Offical Form 103A, Amended Official Form101, Application To Extend The TimeTo File Missing Documents, and a CERTIFICATION OF SERVICE.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __06-02-2023__    Signature: _/s/ Rodney J. Kelly_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Best Egg<br>P.O.Box 42912<br>Philadelphia, PA.,19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Att:General Correspondence<br>P.O.Box 30285<br>Salt Lake City, UT., 84130-0285 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>120 Corporate Blvd.<br>Norfolk, VA., 23502 | Debt Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Care Credit<br>Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O.Box 965064<br>Orlando, FL.32896-5064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV., 89193-8873 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FGC Commercial Mortgage Finance DBA Fremont Mortgage<br>175 North Riverview Drive<br>Anaheim, CA.,92808-1225 | Creditor<br>(Predatory Lender)<br>15 U.S. Code § 1641 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fingerhut<br>Attn: Jefferson Capital<br>16 Mcleland Rd.<br>St. Cloud, MN.,56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercury Card<br>Customer Service<br>P.O.Box 84064<br>Columbus, GA.,31908-4064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSE&G Co.<br>Customer Service<br>P.O.Box 710<br>Newark, NJ.,07101-0710 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willingboro Township<br>Att: Tax Collector<br>1 Dr. M.L.King Jr. Drive<br>Willingboro, NJ.,08046-2853 | Tax Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willingboro Municipal Utilities<br>433 John F. Kennedy Way<br>Willingboro, NJ., 08046 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A., et., al.<br>Attn: KML Law Group<br>701 Market Street, Suite #5000<br>Philadelphia, PA., 19106 | Attempted Thieves | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WestLake Financial Services<br>P.O. Box 76809<br>Los Angeles, CA., 90076-0809 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ., 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16