Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−14018−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   POB 3116
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-14018-MBK

Rodney Jose Kelly  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 07, 2023  Form ID: 148  Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Jose Kelly, POB 3116, Willingboro, NJ 08046-7216 |
| 519913741 | + | Capital One, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519913746 | + | I Storage, 902 Sunset Rd, Burlington, NJ 08016-5701 |
| 519913747 | | Mecury Card, Customer Service, POB 84064, Columbus, GA 31908-4064 |
| 519913748 | | PSEG, Customer Service, POB 710, Newark, NJ 07101-0710 |
| 519913749 | + | State Farm Auto Home Ins, Att: Kevin Coan, 2010 New Albany Rd, Cinnaminson, NJ 08077-3456 |
| 519913751 | + | Willingboro Municipal Utilities, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |
| 519913750 | | Willingboro Township, Att: Tax Collector, 1 Dr ML King Dr, Willngboro, NJ 08046-2853 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519913739 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 07 2023 20:57:45 | Best Egg, POB 42912, Philadelphia, PA 19101-2912 |
| 519913740 | | EDI: CAPITALONE.COM | Jul 08 2023 00:39:00 | Capital One, Att: General Correspondence, POB 30285, Salt Lake City, UT 84130-0285 |
| 519952507 | + | EDI: AIS.COM | Jul 08 2023 00:39:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519913742 | | EDI: RMSC.COM | Jul 08 2023 00:39:00 | Care Credit, Synchrony Bank, Att: Bankruptcy Dept, POB 965064, Orlando, FL 32896-5064 |
| 519913743 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2023 20:57:49 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 519913745 | | EDI: JEFFERSONCAP.COM | Jul 08 2023 00:39:00 | Fingerhut, Att: Jefferson Capital, 16 McLeland Rd, St Cloud, MN 56303-2198 |
| 519952893 | | EDI: JEFFERSONCAP.COM | Jul 08 2023 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519965702 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2023 20:57:15 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3        User: admin        Page 2 of 2

Date Rcvd: Jul 07, 2023        Form ID: 148        Total Noticed: 18

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519913744 | | FGC Commercial Mortgage Finance, DBA Fremont Mortgage, 175 North Riverview Dr |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3