| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Rodney J. Kelly<br>P.O.Box 3116,<br>9-Spindletop Lane,<br>Willingboro, NJ.,08046<br>Tel:(609)534-3874<br>email: rodneykelly.kelly252@gmail.com<br>Pro Se | Case No.: 23-14018-MBK<br><br>Chapter: 13 |
| In Re:<br><br>Rodney Jose' Kelly, Debtor<br>Pro Se | Adv. No.:<br><br>Hearing Date: Aug. 10th 2023<br><br>Judge: Michael B. Kaplan |

*U.S. BANKRUPTCY COURT FILED TRENTON, N.J. 2023 JUL 21 PM 2:34 BY: DEPUTY CLERK*

## CERTIFICATION OF SERVICE

1. I, _____Rodney J. Kelly_____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the ____The Debtor,____ in this case and am representing myself.

2. On __07-20-2023__ RJK, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    1. Chapter 13 Plan, 2. Schedules Official Forms, 106A/B, 106C, 106D, 106E/F, 106G, 106H, 106I, 106J, 106Dec 106Sum, 107, 122C-1. 3. Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07-20-2023                                     Signature: /s/ Rodney Kelly

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Best Egg<br>P.O.Box 42912<br>Philadelphia, PA.,19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Att:General Correspondence<br>P.O.Box 30285<br>Salt Lake City, UT., 84130-0285 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>120 Corporate Blvd.<br>Norfolk, VA., 23502 | Debt Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Care Credit<br>Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O.Box 965064<br>Orlando, FL.32896-5064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV., 89193-8873 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FGC Commercial Mortgage Finance<br>DBA Fremont Mortgage<br>175 North Riverview Drive<br>Anaheim, CA.,92808-1225 | Creditor<br>(Predatory Lender)<br>15 U.S. Code § 1641 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fingerhut<br>Attn: Jefferson Capital<br>16 Mcleland Rd.<br>St. Cloud, MN.,56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercury Card<br>Customer Service<br>P.O.Box 84064<br>Columbus, GA.,31908-4064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSE&G Co.<br>Customer Service<br>P.O.Box 710<br>Newark, NJ.,07101-0710 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willingboro Township<br>Att: Tax Collector<br>1 Dr. M.L.King Jr. Drive<br>Willingboro, NJ.,08046-2853 | Tax Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willingboro Municipal Utilities<br>433 John F. Kennedy Way<br>Willingboro, NJ., 08046 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A., et., al.<br>Attn: KML Law Group<br>701 Market Street, Suite #5000<br>Philadelphia, PA., 19106 | Attempted Thieves | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WestLake Financial Services<br>P.O. Box 76809<br>Los Angeles, CA., 90076-0809 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ., 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16