| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*Rodney J. Kelly*<br>*P.O.Box 3116,*<br>*9 Spindletop Lane,*<br>*Willingboro,NJ.,08046*<br>*Tel: 609-534-3874*<br>*email: rodneykelly.kelly252@gmail.com* | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JUL 21 2023<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY [signature] DEPUTY |
| In Re:<br>*Rodney Jose` Kelly*<br>*Debtor, Pro Se* | Case No.: ___*23-14018-MBK*<br>Chapter: *Chapter 13*<br>Hearing Date: ~~Aug. 10, 2023~~ August 23, 2023 @ 9:00 AM<br>Judge: *Michael B. Kaplan* |

**CERTIFICATION OF** *Rodney Jose` Kelly Debtor, Pro Se*

I, *Rodney Jose` Kelly* , *the Debtor, Pro Se. I am the Debtor in this case 23-14018-MBK filed on May 10th 2023* in the above captioned case, submits this Certification in support of the Motion to Vacate the order of Dismissal on July 7, 2023 and set Relief and Re-instate case and Automatic stay. filed by me on 07-20-2023. RJK

*1. Vacate the Order of Dismissal entered on July 7th, 2023 in Case # 23-14018-MBK Dismissed order to show cause why case should not be dismissed. I tried very,very Hard to find a lawyer,spoke to many ,but was unable to take my case. Debtor apologize to the courts for the, mistakes, and the Time loss and the hard work of the Courts took to Dismiss my case. I was depressed and in Distress from a depressing state looking for a Lawyer and unable to find one the debtor ask the court appoint him a lawyer if possible, But Debtor work hard and studied to try to satisfiy the court, Debtor finished the Schedules and Chapter 13 plan Please see att: Ehibit A, see Exhibit B Debtor also been paying. Filed with the courts Today.*

*_2.Debtor is a Senior Citizen and disabled under the Social Security Act, Debtor needs help and has health issues of Deteriorating health Vision, in one eye Diabetes out of contol.High blood pressure Stints in my heart and heart condition Debtor need is a victim of mortgage fraud Crime Victim.*

*3. Debtor will continue to look for an attorney , debtor avers the aforemention facts demonstrates that the instant matter I filed on May 10th was indeed.Filed `` in Good Faith.``*

4.

*Wherefore,the Debtor respectfully request and ask this Honorable court _to grant the the _instant motion to Vacate the order ofDismissal and allow this case # 23-14018-MBK to move forward in the Interest of Justice.*

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]Debtor has been paying into the case since June of 2023 and has increased the amount paying into the plan chapter 13,see attached exhibits. also see schedules, Debtor kindly request THE COURT TO VACATE THE ORDER OF DISMISSAL AND RE-INSTATE CASE AND STAY IN CASE #23-14018-MBK, AS THE COURT SEEKS JUSTICE.*

I certify under penalty of perjury that the above is true.

Date: 07-20-2023
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*