| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Rodney J. Kelly P.O.Box 3116, 9 Spindletop Lane, Willingboro, NJ.,08046 Tel:(609)534-3874 email: rodneykelly.kelly252@gmail.com Debtor: | Case No.: 23-14018-MBK Chapter: 13 |
| In Re: Rodney Jose` Kelly, Debtor | Adv. No.: Hearing Date: 08-23-2023 at 9:00 am Judge: Michael B. Kaplan |

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2023 [illegible] 1 P 12: 38

[signature] BY: _____
DEPUTY CLERK

## CERTIFICATION OF SERVICE

1. I, _____Rodney J. Kelly_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☒ am the _____Debtor_____ in this case and am representing myself.

2. On __07-21-2023, and 07-29-2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. A copy of the Notice of Motion to Vacate, 2. A copy of the Chapter 13 Plan, Schedules and Forms, 3. A copy of the Judge's Order, Respecting List of Creditor, 4. Order of Hearing on 08-23-2023,
   5. A Notice of Chapter 13 Bankruptcy Case, and 6. And this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 07-29-2023

Signature: [signed Rodney Kelly]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One / Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA., 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fingerhut Attn: Jefferson Capital 16 Mcleland Rd., St. Cloud, MN., 56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bankruptcy Trustee, Albert Russo, CN 4853 Trenton, NJ., 08650 | Standing Trustee Chapter 13 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re:<br>Rodney Jose Kelly | Case No.: | 23-14018 |
|---|---|---|
| | Hearing Date: | 8/23/2023 at 9:00 am |
| | Chapter: | 13 |
| | Chief Judge: | Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Vacate Dismissal of Case

**Location of Hearing:** Courtroom No. 8
United State Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** August 23, 2023 at 9:00 a.m._____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: July 24, 2023

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
    Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ___July 24___, 20_23_ this notice was served on the following: Debtor and Trustee.

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
    Deputy Clerk

rev. 1/4/17

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23-14018-MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rodney Jose Kelly
POB 3116
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2163

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

The Court having noted that the debtor filed an Amendment to Schedule N/A on N/A or to the List of Creditors on July 21, 2023, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2. In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: July 21, 2023
JAN: wdr

                              Michael B. Kaplan
                              United States Bankruptcy Judge