Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14018−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   POB 3116
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 8/23/23. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: August 25, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rodney Jose Kelly  
    Debtor

Case No. 23-14018-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 25, 2023      Form ID: ntcrics      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Jose Kelly, POB 3116, Willingboro, NJ 08046-7216 |
| 519913741 | + | Capital One, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519977910 | | Capital One Portfolio Recovery, 140 Corp Blvd, Norfolk, VA 23502 |
| 519913744 | + | FGC Commercial Mortgage Finance, DBA Fremont Mortgage, 175 North Riverview Drive, Anaheim, CA 92808-1225 |
| 519913746 | + | I Storage, 902 Sunset Rd, Burlington, NJ 08016-5701 |
| 519913747 | | Mecury Card, Customer Service, POB 84064, Columbus, GA 31908-4064 |
| 519913748 | | PSEG, Customer Service, POB 710, Newark, NJ 07101-0710 |
| 519913749 | + | State Farm Auto Home Ins, Att: Kevin Coan, 2010 New Albany Rd, Cinnaminson, NJ 08077-3546 |
| 519977908 | + | Wells Fsrgo, KML Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519913751 | + | Willingboro Municipal Utilities, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |
| 519913750 | + | Willingboro Township, Att: Tax Collector, 1 Rev Dr MLK Jr Drive, Willingboro, NJ 08046-2853 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519913739 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 25 2023 20:34:51 | Best Egg, POB 42912, Philadelphia, PA 19101-2912 |
| 519913740 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2023 20:34:55 | Capital One, Att: General Correspondence, POB 30285, Salt Lake City, UT 84130-0285 |
| 519952507 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2023 20:45:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519913742 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2023 20:34:50 | Care Credit, Synchrony Bank, Att: Bankruptcy Dept, POB 965064, Orlando, FL 32896-5064 |
| 519977907 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2023 20:28:00 | Carrington Mortgage Services LLC, 1600 S Douglass Rd, St #110 & 200 A, Anaheim, CA 92806-5948 |
| 519913743 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2023 20:45:23 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 519913745 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2023 20:29:00 | Fingerhut, Att: Jefferson Capital, 16 McLeland Rd, St Cloud, MN 56303-2198 |
| 519952893 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2023 20:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519967062 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 20:34:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519965702 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2023 20:45:21 | Resurgent Capital Services as servicing agent for, |

| 519977906 | + Email/Text: bankruptcynotice@westlakefinancial.com | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| | | Aug 25 2023 20:29:00 | Westlake Financial Services, POB 76809, Los Angeles, CA 90076-0809 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519977913 | | IRS |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3