**FILED**
JEANNE A. NAUGHTON, CLERK
SEP 11 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Rodney Jose` Kelly P.O.Box 3116, 9 Spindletop Lane, Willingboro, NJ.,08046 Tel;(609)534-3874 email: rodneykelly.kelly252@gmail.com Debtor | Case No.: 23-14018-MBK  Chapter: 13 |
| In Re: Rodney Jose` Kelly, Debtor | Adv. No.: ___  Hearing Date: 9-21-23 & 10-11-23  Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Rodney Kelly, the Debtor,__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the __Debtor__ in this case and am representing myself.

2. On __9-21-2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. Notice of Entry of Order Vacting Dismissal of case. 2. Order on Motion to Vacate Dismissal of case. 3. Notice of Hearing on Confirmation of Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __09-01-2023__    Signature: _[signed] Rodney Kelly_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Best Egg<br>P.O.Box 42912<br>Philadelphia, PA.,19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One<br>Att:General Correspondence<br>P.O.Box 30285<br>Salt Lake City, UT., 84130-0285 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One /Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA., 23502 | Debt Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Care Credit<br>Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O.Box 965064<br>Orlando, FL.32896-5064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV., 89193-8873 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of service |
|---|---|---|
| FGC Commercial Mortgage Finance DBA Fremont Mortgage 175 North Riverview Drive Anaheim, CA.,92808-1225 | Creditor (Predatory Lender) 15 U.S. Code § 1641 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fingerhut Attn: Jefferson Capital 16 McLeland Rd. St. Cloud, MN.,56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercury Card Customer Service P.O.Box 84064 Columbus, GA.,31908-4064 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSE&G Co. Customer Service P.O.Box 710 Newark, NJ.,07101-0710 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Willingboro Township Att: Tax Collector 1 Dr. M.L.King Jr. Drive Willingboro, NJ.,08046-2853 | Tax Collector | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willingboro Municipal Utilities<br>433 John F. Kennedy Way<br>Willingboro, NJ., 08046 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A., et., al.<br>Attn: KML Law Group<br>701 Market Street, Suite #5000<br>Philadelphia, PA., 19106 | Attempted Thieves | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| WestLake Financial Services<br>P.O. Box 76809<br>Los Angeles, CA., 90076-0809 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>CN 4853<br>Trenton, NJ., 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23–14018–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rodney Jose Kelly
POB 3116
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2163

Employer's Tax I.D. No.:

### NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

Notice is hereby given that an order vacating dismissal of this case was entered on 8/23/23. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: August 25, 2023
JAN: wiq

Jeanne Naughton
Clerk

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Order Filed on August 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Rodney Jose Kelly

Case No.: 23-14018

Chapter: 13

Judge: Michael B. Kaplan

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 23, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge



The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to  October 11, 2023  at  10:00am .

❏ ORDERED that the motion to vacate order dismissing case is denied.

❏ ORDERED (Other): _____

_____.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.4/28/2021*

000099    3380500009905 8



Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23–14018–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rodney Jose Kelly
POB 3116
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2163

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 10/11/23
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 25, 2023
JAN: wiq

Jeanne Naughton
Clerk, U. S. Bankruptcy Court