UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, N.A., as Trustee for Carrington
Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed
Pass-Through Certificates

In Re:
Rodney Jose Kelly
Debtor

Order Filed on January 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-14018 MBK

Hearing Date: 12/13/2023 @ 1/24/2024

Judge:  Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND SECURED CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: January 4, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Rodney Jose Kelly
Case No:  23-14018 MBK
Caption of Order:  Order Resolving Motion for Relief from Stay and Secured Creditor's Objection to
Confirmation

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured
Creditor, Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1
Asset-Backed Pass-Through Certificates, Denise Carlon, Esq. appearing, upon a motion to vacate the
automatic stay and an objection to confirmation to plan as to real property located at 9 Spindletop Lane,
Willingboro, NJ, 08046, and it appearing that notice of said motion was properly served upon all parties
concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert
Cameron Legg, Esq., attorney for Debtor, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of December 19, 2023, Debtors are in arrears
outside of the Chapter 13 Plan to Secured Creditor for payments due June 2023 through December 2023 for a
total post-petition default of $12,234.67 (5 @ $1,719.67; 2 @ $1,818.16); and

   It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount
of $12,234.67 will be added to the affidavit of the amount due and paid per Debtors' Chapter 13 plan; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to
resume January 1, 2024, directly to Secured Creditor care of its servicer (Note: the amount of the monthly
mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that the subject property is to be sold by
February 28, 2024, to pay off Secured Creditor's lien in full, including but not limited to the post-petition arrears
referenced in this Order; and

   It is further **ORDERED, ADJUDGED and DECREED** that if the sale is not successful, the plan will
be modified to otherwise address the pre- and post-petition arrears; and

   It is further **ORDERED, ADJUDGED and DECREED** that Trustee is not to pay arrears while the
sale is pending; and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13
bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made
within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating
Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such
payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,
supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at
the time of submission to the Court; and

**(Page 3)**
Debtor:  Rodney Jose Kelly
Case No:  23-14018 MBK
Caption of Order:  Order Resolving Motion for Relief from Stay and Secured Creditor's Objection to
Confirmation

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan, and that this motion for relief and objection to confirmation are hereby resolved.