UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-14018 |
| Rodney J. Kelly | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____Rodney J. Kelly_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____February 28, 2024_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   9 Spindletop Lane, Willingboro, NJ 08046

Proposed Purchaser:   Barry and Danielle Douglas

Sale price:  $175,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Oliver & Legg, LLC // Cherry Hill Real Estate Sales

Amount to be paid:  $2,500.00 // 6% of sale price

Services rendered:   Attorney for Seller // Listing Broker // Selling Broker

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: R. Cameron Legg, Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney Jose Kelly  
    Debtor

Case No. 23-14018-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 24, 2024     Form ID: pdf905     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Jose Kelly, POB 3116, Willingboro, NJ 08046-7216 |
| r | | Cherry Hill Real Estate Sales, LLC, 1200 Marlton Pike W, Cherry Hill, NJ 08002 |
| 519913741 | + | Capital One, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519977910 | | Capital One Portfolio Recovery, 140 Corp Blvd, Norfolk, VA 23502 |
| 519913744 | + | FGC Commercial Mortgage Finance, DBA Fremont Mortgage, 175 North Riverview Drive, Anaheim, CA 92808-1225 |
| 519913746 | + | I Storage, 902 Sunset Rd, Burlington, NJ 08016-5701 |
| 519913747 | | Mecury Card, Customer Service, POB 84064, Columbus, GA 31908-4064 |
| 519913748 | | PSEG, Customer Service, POB 710, Newark, NJ 07101-0710 |
| 519913749 | + | State Farm Auto Home Ins, Att: Kevin Coan, 2010 New Albany Rd, Cinnaminson, NJ 08077-3546 |
| 520087740 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519977908 | + | Wells Fsrgo, KML Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519913751 | + | Willingboro Municipal Utilities, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |
| 519913750 | + | Willingboro Township, Att: Tax Collector, 1 Rev Dr MLK Jr Drive, Willingboro, NJ 08046-2853 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519913739 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 24 2024 23:34:21 | Best Egg, POB 42912, Philadelphia, PA 19101-2912 |
| 519977907 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2024 23:19:00 | Carrington Mortgage Services LLC, 1600 S Douglass Rd, St #110 & 200 A, Anaheim, CA 92806 |
| 519913740 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 23:34:25 | Capital One, Att: General Correspondence, POB 30285, Salt Lake City, UT 84130-0285 |
| 519952507 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2024 23:34:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519913742 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 23:34:26 | Care Credit, Synchrony Bank, Att: Bankruptcy Dept, POB 965064, Orlando, FL 32896-5064 |
| 519913743 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 23:34:30 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 520087739 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 23:19:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519913745 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2024 23:20:00 | Fingerhut, Att: Jefferson Capital, 16 McLeland Rd, St Cloud, MN 56303-2198 |
| 519952893 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2024 23:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf905 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519967062 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 23:24:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520052384 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2024 23:19:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519965702 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 23:23:50 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520045781 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2024 23:19:00 | Wells Fargo Bank, N.A., at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 520058632 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 24 2024 23:20:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |
| 519977906 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 24 2024 23:19:00 | Westlake Financial Services, POB 76809, Los Angeles, CA 90076-0809 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519977913 | | IRS |
| 520087741 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520087742 | *+ | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Rodney Jose Kelly courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 24, 2024 | Form ID: pdf905 | Total Noticed: 30
TOTAL: 4