Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 23-14018 / MBK**

Rodney Jose Kelly

Petition Filed Date: 05/10/2023  
341 Hearing Date: 06/08/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/09/2023 | $450.00 | | 06/28/2023 | $450.00 | | 07/11/2023 | $450.00 | |
| 09/07/2023 | $750.00 | 28872953493 | 09/07/2023 | $250.00 | 28872953998 | 09/12/2023 | $750.00 | 28880000662 |
| 09/27/2023 | $750.00 | 28880008830 | 10/11/2023 | $750.00 | | 10/30/2023 | $750.00 | |
| 11/13/2023 | $750.00 | | 12/11/2023 | $200.00 | | 01/16/2024 | $200.00 | |

**Total Receipts for the Period: $6,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rodney Jose Kelly | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,331.10 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  FINGERHUT DIRECT MRKTING | Unsecured Creditors | $537.13 | $0.00 | $0.00 |
| 3 | Township of Willingboro<br>»»  TAXES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | Resurgent Capital Services | Unsecured Creditors | $4,530.78 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $959.91 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK, NA<br>»»  P/9 SPINDLETOP LANE/1ST MTG | Mortgage Arrears | $226,044.47 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERCURY MC | Unsecured Creditors | $2,572.75 | $0.00 | $0.00 |
| 8 | WESTLAKE FINANCIAL SERVICES<br>»»  2013 FORD EXPLORER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  VERIZON | Unsecured Creditors | $163.01 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE<br>»»  2022 TAX PERIOD | Priority Creditors | $528.53 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE<br>»»  PENALTY | Unsecured Creditors | $454.79 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  NOA 11/6/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI 2019; 2021 EST; 2022 | Priority Creditors<br>Hold Funds: Estimated | $2,415.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-14018 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018 EST | Unsecured Creditors<br>Hold Funds: Estimated | $1,333.92 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK, NA<br>»» 9 SPINDLETOP LANE/PP ARREARS 1/4/24 | Mortgage Arrears | $12,234.67 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK, NA<br>»» 9 SPINDLETOP LANE/ATTY FEES 1/4/24 | Mortgage Arrears | $538.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $497.15 | Arrearages: | $0.00 |
| Funds on Hand: | $6,002.85 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

