Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 23–14018–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   POB 3116
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–2163

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

9 Spindletop Lane, Willingboro, NJ 08046. related document:56 Motion to Sell

Dated: February 22, 2024
JAN: wdr

                                              Jeanne Naughton
                                              Clerk