United States Bankruptcy Court

District Of New Jersey

In re: RODNEY KELLY,

Debtor Case No. 23-14018 MBK
Chapter 13

Substitution of Attorney

_The undersigned hereby consent to the substitution of KAREEM CRAWFORD, ESQ. as the attorney for the debtor in the above-captioned matter. By signing below, each individual waives any right he/she may have to be heard regarding this substitution.

_____
Kareem Crawford, Esquire
Superseding Attorney

_____
R. Cameron Legg, Esquire
Withdrawing Attorney