UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREEM J. CRAWFORD, ESQUIRE
1762 DEWBERRY LANE
CHERRY HILL, NJ 08003
856-217-7360
kareemjcrawford91@gmail.com

In Re:

RODNEY KELLY

Case No.: 23-14018
Adv. Pro. No.: _____
Chapter: 13
Subchapter V:  ☐ Yes  ☐ No
Hearing Date: 06/26/24
Judge: MBK

## ADJOURNMENT REQUEST

1. I, ___KAREEM CRAWFORD, ESQ___,

   ☒ am the attorney for: _____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: 06/26/24

   New date requested: a date late in July 2024

   Reason for adjournment request: need to review documents and meet with client to properly respond and prepare for the hearing

2. Consent to adjournment:

   ☐ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 6/25/24                                         /s/KAREEM CRAWFORD, ESQ
                                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

❏ Granted            New hearing date: _____        ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____   ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*