Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14018−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Jose Kelly
   POB 3116
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2163

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2024
JAN: wiq

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rodney Jose Kelly  
    Debtor

Case No. 23-14018-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 28, 2024      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Jose Kelly, POB 3116, Willingboro, NJ 08046-7216 |
| aty | + | Kareem J. Crawford, 1762 Drewberry Lane, Cherry Hill, NJ 08003-3357 |
| r | | Cherry Hill Real Estate Sales, LLC, 1200 Marlton Pike W, Cherry Hill, NJ 08002 |
| 519913741 | + | Capital One, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519977910 | | Capital One Portfolio Recovery, 140 Corp Blvd, Norfolk, VA 23502 |
| 519913744 | + | FGC Commercial Mortgage Finance, DBA Fremont Mortgage, 175 North Riverview Drive, Anaheim, CA 92808-1225 |
| 519913746 | + | I Storage, 902 Sunset Rd, Burlington, NJ 08016-5701 |
| 519913747 | | Mecury Card, Customer Service, POB 84064, Columbus, GA 31908-4064 |
| 519913748 | | PSEG, Customer Service, POB 710, Newark, NJ 07101-0710 |
| 519913749 | + | State Farm Auto Home Ins, Att: Kevin Coan, 2010 New Albany Rd, Cinnaminson, NJ 08077-3546 |
| 520087740 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519977908 | + | Wells Fsrgo, KML Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 519913751 | + | Willingboro Municipal Utilities, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |
| 519913750 | + | Willingboro Township, Att: Tax Collector, 1 Rev Dr MLK Jr Drive, Willingboro, NJ 08046-2853 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519913739 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 28 2024 20:47:21 | Best Egg, POB 42912, Philadelphia, PA 19101-2912 |
| 519977907 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2024 20:38:00 | Carrington Mortgage Services LLC, 1600 S Douglass Rd, St #110 & 200 A, Anaheim, CA 92806 |
| 519913740 | | EDI: CAPITALONE.COM | Aug 29 2024 00:34:00 | Capital One, Att: General Correspondence, POB 30285, Salt Lake City, UT 84130-0285 |
| 519952507 | + | EDI: AIS.COM | Aug 29 2024 00:34:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519913742 | | EDI: SYNC | Aug 29 2024 00:34:00 | Care Credit, Synchrony Bank, Att: Bankruptcy Dept, POB 965064, Orlando, FL 32896-5064 |
| 519913743 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2024 20:59:06 | Credit One Bank, POB 98873, Las Vegas, NV 89193-8873 |
| 520087739 | | EDI: IRS.COM | Aug 29 2024 00:34:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519913745 | | EDI: JEFFERSONCAP.COM | Aug 29 2024 00:34:00 | Fingerhut, Att: Jefferson Capital, 16 McLeland Rd, St Cloud, MN 56303-2198 |
| 519952893 | | EDI: JEFFERSONCAP.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 29 2024 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519967062 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 20:47:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520052384 | EDI: Q3G.COM | Aug 29 2024 00:34:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519965702 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 20:47:18 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520045781 | + Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2024 20:38:00 | Wells Fargo Bank, N.A., at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 520058632 | Email/Text: peritus@ebn.phinsolutions.com | Aug 28 2024 20:39:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |
| 519977906 | + Email/Text: bankruptcynotice@westlakefinancial.com | Aug 28 2024 20:39:00 | Westlake Financial Services, POB 76809, Los Angeles, CA 90076-0809 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519977913 | | IRS |
| 520087741 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520087742 | *+ | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kareem J Crawford | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 148 | Total Noticed: 31 |

on behalf of Debtor Rodney Jose Kelly kareemjcrawford91@gmail.com sdgcrawford@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5